NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

SEP 22 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SAFARI CLUB INTERNATIONAL, an
Arizona nonprofit corporation; et al.,

No.    23-15199

Plaintiffs-Appellants,

D.C. No.
2:22-cv-01395-DAD-JDP

v.

ROB BONTA, in his official capacity as
Attorney General of the State of California,

MEMORANDUM*

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Argued and Submitted June 28, 2023
Pasadena, California

Before:  N.R. SMITH, LEE, and VANDYKE, Circuit Judges.

Safari Club International, et al., challenge the district court's order denying a

preliminary injunction against the enforcement of California's recently enacted

firearm-advertising law.  Cal. Bus. & Prof. Code § 22949.80.  For the reasons

outlined in *Junior Sports Magazines v. Bonta*, No. 22-56090 (9th Cir. Sept. 13,

---

*     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

2023), we reverse the denial of preliminary injunction and remand for further proceedings consistent with that opinion.

**REVERSED** and **REMANDED.**